# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1081. ISHMAEL HAWKINS v. THE STATE.**

In December 2024, Ishmael Hawkins entered a negotiated guilty plea to three counts of child molestation and one count of statutory rape. He later filed a number of pro se motions seeking a new trial, transcripts at court expense, dismissal of the indictment, discovery, and withdrawal of his plea. On April 9, 2025, the trial court entered an order dismissing these motions. On December 17, 2025, Hawkins filed a notice of appeal to this Court. We, however, lack jurisdiction.

Pretermitting whether Hawkins had a right of direct appeal as to any of the motions,[1] his appeal was not timely filed. A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Because Hawkins did not file his notice of appeal until more than eight months

---

[1] Effective May 2025, OCGA § 5-6-35(a)(5.3) provides that a discretionary application is required for "[d]irect appeals from guilty pleas."

after entry of the trial court's order, the appeal was untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/09/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*